**Electronically Filed**
**Supreme Court**
**SCWC-13-0001701**
**27-JAN-2017**
**09:21 AM**

SCWC-13-0001701

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

INDYMAC VENTURE, LLC,
Respondent/Plaintiff-Appellant,

vs.

RICHARD CHARLES HILLIARD; PATRICIA DIAN HILLIARD; HONOLUA RIDGE,
LLC; PLANTATION ESTATES LOT OWNERS' ASSOCIATION;
PACIFIC SOURCE, INC.,
Respondents/Defendants-Appellees,

and

GARY PASSON,
Petitioner/Intervenor-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001701; CIVIL NO. 11-1-0390(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Intervenor-Appellee Gary Passon's application for writ of certiorari filed on December 19, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, Janury 27, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

